UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CASTLE STRATEGIC TRADING, LLC.,

        PLAINTIFF,

    v.

J. ROGER MOYER, JR., ET AL.,

        DEFENDANTS.

-----------------------------------------------------------X

CASE NO. 07 CIV 5594

RECEIVED JUN 1 2 2007 U.S.D.C. S.D.N.Y. CASHIERS

    PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR PLAINTIFF __CASTLE STRATEGIC TRANSDING__ CERTIFIES THAT THE SAID PARTY IS NON-GOVERNMENTAL AND NOT A CORPORATE PARTY.

DATE: __JUNE 11, 2007__

                                              SIGNATURE OF ATTORNEY
                                              JULES BRODY

RULE 7.1 STATEMENT