UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| CASTLE STRATEGIC TRADING, LLC, Individually and On Behalf of All Others Similarly Situated, | : : | Case No. 07 CV 5594 |
| Plaintiff, | : | NOTICE OF APPEARANCE |
| - against - | : | |
| J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A., | : : | ECF CASE |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of all Defendants, J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC, and BANK OF LANCASTER, N.A., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

>C. William Phillips
>COVINGTON & BURLING LLP
>1330 Avenue of the Americas
>New York, NY 10019
>Tel.: (212) 841-1000
>Fax: (212) 841-1010
>email: cphillips@cov.com

Dated: New York, New York
June 13, 2007

>COVINGTON & BURLING LLP
>
>By:   s/ C. William Phillips
>         C. William Phillips
>
>1330 Avenue of the Americas
>New York, New York  10019
>(212) 841-1000
>
>*Attorneys for Defendants*