

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTLE STRATEGIC TRADING, LLC, )
individually and on behalf of all others )
similarly situated, )
)
      Plaintiff, )
v. )   07 CIV 5594 (JGK)
)
J. ROGER MOYER, JR., THOMAS DAUTRICH, )
GEORGE W. GRANER, EQUIPMENT )
FINANCE, LLC, and BANK OF LANCASTER, )
N.A. )
      Defendants. )
)

## STIPULATION

Counsel for Plaintiff, Castle Strategic Trading, LLC, and Counsel for Defendants, J. Roger Moyer, Jr., Thomas Dautrich, George W. Graner, Equipment Finance, LLC ("Equipment Finance"), and Bank of Lancaster, N.A. ("Bank of Lancaster"), hereby stipulate and agree as follows:

1.    This action is one several purported class actions filed against Defendants alleging, inter alia, violations of the Securities Exchange Act of 1934.

2.    At this time, Defendants are aware of at least three similar actions that have been filed in the Southern District of New York. At least one other action has been filed in the Eastern District of Pennsylvania.

3.    Counsel expect that the five pending cases, and any additional cases which may be filed, will eventually be consolidated in a single Court and a Consolidated Amended Complaint will be filed.

4. An extension of time pending the filing of a Consolidated Amended Complaint will avoid unnecessary expenditure of the parties' and this Court's resources.

5. Accordingly, counsel request that the deadline for Defendants' response to the Complaint shall be extended to sixty (60) days until after the filing of a Consolidated Amended Complaint. No previous extensions have been requested.

6. By agreement of counsel, service of process on all Defendants is deemed accepted.

Jules Brody (JB 9151)
Howard T. Longman (HL 2489)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
(212) 687 7230 (p)
(212) 490-2022 (f)

Gary S. Graifman (GSG 2276)
Michael L. Braunstein (MLB 5973)
KANTROWITZ, GOLDHAMER & GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
(845) 356-2570 (p)
(845) 356-4335 (f)

*ATTORNEYS for Plaintiff*

C. William Phillips
COVINGTON & BURLING LLP
620 8th Avenue
New York, NY 10018

(212) 841-1081 (p)
(212) 841-1010 (f)

*ATTORNEYS for Defendants*
*J. Roger Moyer, Jr., Thomas Dautrich,*
*George W. Graner, Equipment Finance,*
*LLC and Bank of Lancaster, N.A.*

Dated: June 26, 2007

**IT IS SO ORDERED:**

7/9/07

_____
U.S.D.J