UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MACRINA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIPMENT FINANCE, LLC, et al.,<br><br>        Defendants. | Docket No. 1:07-cv-04108-JGK |
| BRIAN JOHNSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>STERLING FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Docket No. 1:07-cv-04652-JGK |
| CASTLE STRATEGIC TRADING, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIPMENT FINANCE, LLC, et al.,<br><br>        Defendants. | Docket No. 1:07-cv-05594-JGK |

|  |  |
|---|---|
| JEFFREY M. COOLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORPORATION, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>: Docket No. 1:07-cv-05671-JGK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

Based upon the arguments and authorities set forth in the accompanying Memorandum of Law, Plaintiffs Paul A. Miller and Regina A. Miller (collectively, "Movants"), residing at 523 Saratoga Road in Lancaster, Pennsylvania, by and through their attorneys, respectfully move for an order pursuant to FED. R. CIV. P. 42(a) consolidating the above-captioned actions, and, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (i) appointing Movants as Lead Plaintiffs and (ii) approving their selection of Chimicles & Tikellis LLP as Lead Counsel.

DATED: July 24, 2007

                                        Respectfully submitted,

                                        */s/ Ronen Sarraf*
                                        SARRAF GENTILE LLP
                                        Ronen Sarraf (RS-7694)
                                        485 Seventh Avenue, Suite 1005
                                        New York, NY 10018
                                        T 212.868.3610
                                        F 212.918.7967

                                        CHIMICLES & TIKELLIS LLP
                                        Nicholas E. Chimicles
                                        Michael D. Gottsch
                                        Benjamin F. Johns
                                        361 West Lancaster Avenue
                                        Haverford, PA 19041
                                        Tel:   610-642-8500
                                        Fax:   610-649-3633

                                        *Attorneys for Plaintiffs*