**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CASTLE STRATEGIC TRADING, INC., Individually And On Behalf Of All Others Similarly Situated, <br><br>                    Plaintiff, <br><br>           vs. <br><br> J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A., <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07cv5594 (JGK) <br><br> <u>CLASS ACTION</u> <br><br> ECF CASE |

[Additional Captions Below]

**[PROPOSED] ORDER GRANTING THE MOTION OF CASTLE STRATEGIC TRADING, LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT <u>OF 1934 AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL</u>**

| | |
|---|---|
| STEVE MACRINA, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>J. ROGER MOYER, JR., THOMAS DAUTRICH, GEORGE W. GRANER, EQUIPMENT FINANCE, LLC and BANK OF LANCASTER, N.A.,<br><br>    Defendants. | Civil Action No. 07cv4108 (JGK)<br><br>CLASS ACTION<br><br>ECF CASE |
| BRIAN JOHNSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>    Defendants. | Civil Action No. 07cv4652 (JGK)<br><br>CLASS ACTION |
| JEFFREY M. COOLEY, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>STERLING FINANCIAL CORP., J. ROGER MOYER, JR., J. BRADLEY SCOVILL and TITO L. LIMA,<br><br>    Defendants. | Civil Action No. 07cv5671 (JGK)<br><br>CLASS ACTION<br><br>ECF CASE |

This Court, having considered the motion of Castle Strategic Trading, LLC for consolidation, appointment as lead plaintiff and approval of selection of co-lead counsel and the memorandum of law and declaration of Jason D'Agnenica in support thereof, and good cause appearing therefor, hereby makes the following order:

1.  All actions identified in the captions above and any other related actions which have been or will be filed against Equipment Finance, LLC, Bank of Lancaster, N.A., and/or Sterling Finance Corp. and the additional defendants for violations of the Securities Exchange Act of 1934 shall be hereby consolidated.

2.  The caption of these consolidated class actions shall be "IN RE STERLING FINANCIAL CORP. SECURITIES LITIGATION" and the files of these consolidated actions shall be maintained in one master file under Master File No. 1:07-CV-4108 (JGK). Any other related individual or class actions now pending or hereafter filed in the Southern District of New York shall be consolidated as part of the <u>In re Sterling Financial Corp. Securities Litigation</u> action as and when they are brought to the attention of the Court.

3.  Henceforth, every pleading or other such document in these consolidated actions, which ordinarily contains a pleading caption, shall bear the following caption:

```
------------------------------------------------------------
IN RE STERLING FINANCIAL CORP.
SECURITIES LITIGATION                    Master File No. 1:07-CV-4108 (JGK)
------------------------------------------------------------
```

4.  A Master Docket and Master File are hereby established for these consolidated proceedings. The clerk shall file all pleadings or papers in the Master File and note such filing in the Master Docket. No further copies need to be filed or docket entries made.

5.  Having considered the provisions of Section 21D (a)(3)(B) of the Securities

1

Exchange Act of 1934, it is hereby ordered that Castle Strategic Trading, LLC is the "most adequate plaintiff" and, that said movant satisfies the requirements of the Exchange Act. The Court hereby appoints Castle Strategic Trading, LLC as Lead Plaintiff in this action.

      6.      Pursuant to § 21D(a)(3)(B)(v) of the Exchange Act, Lead Plaintiff has selected and retained the law firms of Stull, Stull & Brody and Kantrowitz, Goldhamer & Graifman, P.C. as Co-Lead Counsel. The Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody and Kantrowitz, Goldhamer & Graifman, P.C. as Co-Lead Counsel.

      SO ORDERED THIS _____ day of _____, 2007:

      _____
      U.S.D.J.