# Exhibit B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

MATTHEW H. MASCHLER, being duly sworn, certifies as follows:

1. I am a member and principal of Castle Strategic Trading, LLC ("Castle" or "Plaintiff") and make this Certification in support of Castle's request for appointment as Lead Plaintiff in the within action against Sterling Financial Corp. ("Sterling"), subsidiaries of Bank of Lancaster, N.A. and Equipment Finance, LLC ("EFI"). I am authorized to sign this certification on behalf of Castle.

2. Castle is a company which engages in investing for itself and its members. Castle made the investment decision to purchase Sterling securities for its own account as listed on the "Transaction Summary" annexed to this Certification.

3. I have reviewed the complaint against Sterling and subsidiaries EFI and Bank of Lancaster and certain officers and directors thereof. I approve the allegations made and authorize the filing of this complaint and/or a motion for lead plaintiff.

4. Castle's purchases of Sterling common stock, the securities which are the subject of this action, were not at the direction of counsel or in order to participate in this private action.

5. Castle is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and/or trial, if necessary. Plaintiff understands that the litigation is not settled, that this is not a claim form, and sharing in any recovery is not dependent on execution of this Certification. Plaintiff is willing to serve as a representative party either individually or as part of a group. Castle understands that a lead plaintiff is a representative party whose acts on behalf of other class members in directing the action.

6. To the best of my current knowledge, Castle has made no transactions during the

class period (April 27, 2004 to May 24, 2007) in the debt or equity securities that are the subject of the action except those as follows:

[SEE ATTACHMENT HERETO]

7. Castle has not served or sought to serve as a representative party in a federal securities case in the last three years.

8. Castle will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court pursuant to section 27(a)(4) of the Securities Act, or section 21D(a)(4) of the Securities Exchange Act and including any award for reasonable costs and expenses directly relating to the representation of the class.

9. I hereby certify, under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2007

_____
CASTLE STRATEGIC TRADING, LLC
BY: MATTHEW H. MASCHLER

2

**TRANSACTION SUMMARY FOR SLFI**
**Project STPD**
**From 01-01-07 To 05-30-07**

| Tran Code | Security | Trade Date | Settle Date | Quantity | Trade Amount |
|---|---|---|---|---|---|
| **BUYS** | | | | | |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,630.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 70 | $ 1,142.58 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 130 | $ 2,124.53 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 24 | $ 394.14 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 32 | $ 527.44 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 300 | $ 4,947.75 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,649.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,642.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 44 | $ 722.59 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,644.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,644.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,644.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,644.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 75 | $ 1,233.19 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 100 | $ 1,644.25 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 200 | $ 3,288.50 |
| by | csusslfi | 5/2/2007 | 5/2/2007 | 125 | $ 2,050.31 |
| **TOTAL BUYS** | | | | **1,800** | **$ 29,574.03** |
| **SALES** | | | | | |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ 1,079.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 70 | $ 755.80 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 40 | $ 431.89 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 90 | $ 981.65 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 24 | $ 261.77 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 32 | $ 349.03 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 54 | $ 588.99 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 200 | $ 2,199.44 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 46 | $ 500.35 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ 1,087.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 54 | $ 587.37 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 46 | $ 488.39 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 44 | $ 467.16 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ 1,061.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ 1,061.73 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 10 | $ 106.17 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 90 | $ 951.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ | 1,057.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 10 | $ | 105.77 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 65 | $ | 688.82 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ | 1,059.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 35 | $ | 370.90 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 100 | $ | 1,052.72 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 65 | $ | 682.97 |
| sl | csusslfi | 5/25/2007 | 5/25/2007 | 125 | $ | 1,313.39 |
| **TOTAL SALES** | | | | **1,800** | **$** | **19,292.86** |
| | | | **P/L** | | **$** | **(10,281.17)** |