# EXHIBIT B

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, __Kenneth A. Smith__, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against STERLING FINANCIAL CORP. (SLFI) and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Sterling Financial Corp. (SLFI) during the Class Period of April 27, 2004 through May 25, 2007 were as follows:

| DATE | TRANSACTION (buy/sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 5-4-07 | Buy | 100 | 16.66 |
| 5-4-07 | Buy | 900 | 16.67 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this __29__ Day of __June__, 2007.

_Kenneth A. Smith_

Class Period FIFO

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2007 | Buy | 100 | 16.66 | 100 | | 0 | 0 | $ 1,666.00 | | Total Class Period Purchases: | 1000 |
| 5/4/2007 | Buy | 900 | 16.67 | 900 | | 0 | 0 | $ 15,003.00 | | Total Class Period Sales: | 0 |
| | | | | | | | | | | Total Sales on Class Period Purchases: | 0 |
| | | | | | | | | | | Total Class Period Shares Retained: | 1000 |
| | | | | | | | | | | 90-day Loss Price $ | 10.67 |
| | | | | | | | | | | Total Purchases: $ | 16,669.00 |
| | | | | | | | | | | Total Sales Proceeds $ | - |
| | | | | | | | | | | Total Retained Value: $ | 10,671.00 |
| | | | | | | | | | | Total Loss: $ | 5,998.00 |

Page 1 of 1